CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 1 7 2010

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 5:06CR00038-007 |
| | ) | Civil Action No. 5:09CV80181 |
| v. | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| ANDRE FERNE SAINT-JEAN, | ) | By: Hon. Glen E. Conrad |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The defendant's motion for discovery shall be and hereby is **DENIED**;

2. The defendant's motion for an evidentiary hearing shall be and hereby is **DENIED**;

3. The government's motion to dismiss shall be and hereby is **GRANTED**;

4. The defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court; and

5. A certificate of appealability shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

**ENTER**: This 17th day of February, 2010.

_____
United States District Judge